UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL NO. 19-85

VERSUS                                      SECTION "A"

CHRISTOPHER LORELL ROBERTS                  VIOLATION: 18:1343
                                                       26:7201

NOTICE OF INITIAL APPEARANCE AND ARRAIGNMENT

Take notice that this criminal proceeding is set for **May 22, 2019 at 2:00 p.m.**, before Magistrate Judge Michael B. North, Ctrm B407, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  May 9, 2019

WILLIAM W. BLEVINS, CLERK
by: James Crull, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ CHRISTOPHER LORELL ROBERTS        ✓ AUSA:  Jordan Ginsberg, Myles Ranier

✓ Edward J. Castaing, Jr., Counsel   ✓ U.S. Probation Office

                                     ✓ U.S. Probation Office - Pretrial Services Unit

                                     ✓ U.S. Marshal

                                        JUDGE

                                     ✓ MAGISTRATE JUDGE

                                     ✓ FBI - Lisa Horner

**If you change address,
notify clerk of court
by phone, (504) 589-7688**