UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 19-85-WBV-KWR** |
| **CHRISTOPHER LORELL ROBERTS** | |

### ORDER

IT IS ORDERED that a status conference be and hereby is scheduled on <u>Wednesday, August 14, 2019, at 2:00 p.m.</u> in Chambers C-368. If the attorneys are unavailable for good cause, participation by teleconference will be acceptable.

New Orleans, Louisiana this 24th day of July, 2019.

_____
**WENDY B. VITTER**
**United States District Judge**