UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 19-85-WBV-KWR** |
| **CHRISTOPHER LORELL ROBERTS** | |

## ORDER

IT IS ORDERED that the status conference set forth in the Court's previous Order (R. Doc. 20) is rescheduled for Thursday, August 1, 2019, at 10:00 a.m. in Chambers C-368. If the attorneys are unavailable, participation by teleconference will be acceptable.

New Orleans, Louisiana this  29th  day of July, 2019.

_____
**WENDY B. VITTER**
**United States District Judge**