# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 19-85** |
| **CHRISTOPHER LORELL ROBERTS** | **SECTION D(4)** |

## ORDER

IT IS ORDERED that the above captioned matter is hereby referred to the Criminal Duty Magistrate Judge for a hearing to determine counsel.

New Orleans, Louisiana, this the 22nd day of August, 2019.

*(signature)*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**