# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-85 |
| VERSUS | SECTION "D" |
| CHRISTOPHER LORELL ROBERTS | VIOLATIONs: 18:1343 and 26:7201 |

## NOTICE OF ARRAIGNMENT

Take Notice that this criminal case has been set for **ARRAIGNMENT** on **OCTOBER 29, 2019 at 2:00 p.m.** before Magistrate Judge Dana M. Douglas, Jr., Hale Boggs Building, 500 Poydras Street, Courtroom B-305, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: October 17, 2019

WILLIAM W. BLEVINS, CLERK
By: Melissa Verdun, Deputy Clerk

TO:

CHRISTOPHER LORELL ROBERTS- (**BOND**)

AUSA:  Jordan Ginsberg
           Myles Ranier

**COUNSEL FOR DEFENDANT**
Stephen J. Haedicke-
stephen@haedickelaw.com

U.S. Marshal

U.S. Probation & Pretrial Services Unit

Interpreter: **None**

**If you change address, notify Clerk of Court by phone, (504) 589-7708**