UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-85 |
| v. | * | SECTION: "D" |
| CHRISTOPHER LORELL ROBERTS | * | |
| | * * * | |

## ORDER

Considering the Motion for Status Conference (R. Doc. 51);

**IT IS HEREBY ORDERED** that the Unopposed Ex Parte Motion Requesting a Status

Conference be scheduled for the 8th day of November, 2019, at 11:30 a.m.

New Orleans, Louisiana this 23rd day of October, 2019.

_____
HONORABLE WENDY B. VITTER
UNITED STATES DISTRICT JUDGE