UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 19-085 |
| CHRISTOPHER LORELL ROBERTS | * | SECT. D |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing unopposed, consent motion to continue the trial and pretrial dates in this matter, and given that defense counsel was recently appointed in this matter and requests additional time to review the voluminous discovery produced, prepare Mr. Robert's defense for trial and litigate pretrial motions, and upon a finding that the requested period of delay shall be excluded from the computation of time within which the trial of this offense must begin, the motion is **GRANTED**.

**THE COURT SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, § 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

**THE COURT FURTHER SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, § 3161(h)(7)(B)(I), that the failure to grant the requested continuance in this case could result in a miscarriage of justice by not allowing the parties sufficient time to prepare for trial and/or to work towards an amicable disposition of this matter.

**THE COURT FURTHER SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, § 3161(h)(7)(B)(iv), that the failure to grant such a continuance would deny the parties a reasonable time necessary for both parties to prepare for trial.

**ACCORDINGLY**, it is hereby **ORDERED** that the pretrial of this matter is continued to July 29, 2020, at 10 a.m., and the trial date of this matter is continued to the August 10, 2020, at 9 a.m.

New Orleans, Louisiana this 18th day of November, 2019.

*Wendy B Vitter*
JUDGE, UNITED STATES DISTRICT COURT